UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| DOUGLAS TURNER, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) |  |
| v. | ) | No. 1:18-CV-57 ACL |
| GARY KELSER, et al., | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se employment discrimination complaint. Plaintiff has neither paid the filing fee nor submitted an application to proceed in district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit an Application to Proceed in District Court Without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 17th day of May, 2018.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE